```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 31245
   EILEEN P BYNUM
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3402

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/23/2004 and was confirmed 10/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED          11000.00       1582.46        5689.81
AMERICAN GENERAL FINANCE   UNSECURED        14810.08            .00            .00
ARONSON FURNITURE          SECURED            700.00         93.27         364.46
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00            .00            .00
SCHOTTLER & ZUKOSKY        PRIORITY        NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
BENEFICIAL                 UNSECURED       NOT FILED          .00            .00
AMOCO BP                   UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED         1984.36          .00            .00
CAPITAL ONE BANK           UNSECURED          783.71          .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED        13758.42          .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
HOME DEPOT                 UNSECURED       NOT FILED          .00            .00
PROVIDIAN                  NOTICE ONLY     NOT FILED          .00            .00
ILLINOIS DEPT PUBLIC AID   UNSECURED         2157.00          .00            .00
CAPITAL ONE MASTERCARD     NOTICE ONLY     NOT FILED          .00            .00
CHICAGO TRIBUNE            UNSECURED       NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED         6776.32          .00            .00
SCOTTS LAWN SERVICE CHIC   UNSECURED       NOT FILED          .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED          897.36          .00            .00
ARONSON FURNITURE          UNSECURED           11.76          .00            .00
JEFFERSON CAPITAL SYSTEM   FILED LATE        3087.27          .00            .00
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY       2,895.00                     2,895.00
TOM VAUGHN                 TRUSTEE                                          595.00
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              11,220.00


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 31245 EILEEN P BYNUM
```

```
PRIORITY                                                            .00
SECURED                                                        6,054.27
    INTEREST                                                   1,675.73
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,895.00
TRUSTEE COMPENSATION                                             595.00
DEBTOR REFUND                                                       .00
                                        ---------------  ---------------
TOTALS                                        11,220.00        11,220.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 01/25/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE






                            PAGE   2
            CASE NO. 04 B 31245 EILEEN P BYNUM